Case 4:22-cv-00134   Document 23   Filed on 05/16/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 16, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DREAM MEDICAL GROUP, LLC, JOSEPH AGRESTI, BIJ MOTORS TX, LLC, and BIJ LA, LLC, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-22-134 |
| OLD SOUTH TRADING CO., LLC, and BRENDAN CHURCH, | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

For the reasons set forth in the court's memorandum opinion and order, (Docket Entry No. 22), Dream Medical Group, LLC, Joseph Agresti, BIJ Motors TX, LLC, and BIJ LA, LLC's application for confirmation of the arbitration award is granted. (Docket Entry No. 1). This case is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

SIGNED on May 16, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge