# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DREAM MEDICAL GROUP, LLC; <br> JOSEPH AGRESTI; <br> BIJ MOTORS TX, LLC; and <br> BIJ LA, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> OLD SOUTH TRADING CO., LLC; <br> and BRENDAN CHURCH, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case 4:22-cv-00134 <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF WILSON F. GREEN

Pursuant to 28 U.S.C. § 1746, I hereby declare the following under penalty of perjury of the laws of the United States:

1. My name is Wilson F. Green. I am over the age of 18 years and have personal knowledge of the facts and matters set forth herein. I am an attorney of record representing the Plaintiffs in the above referenced action. I've represented the plaintiffs for several years, and throughout the arbitration proceeding underlying this action. This action was filed in this Court because the underlying arbitration took place in this District.

2. On May 13, 2022, this Court entered a Final Judgment confirming the underlying Arbitration Award in favor of the Plaintiffs and against the Defendants. Although Defendants filed a Notice of Appeal on June 13, 2022, the Fed.R.Civ.P. 62(a) stay of execution expired on June 15, 2022 and Defendants have neither tendered the amount of the Arbitration Award nor posted any supersedeas bond regarding the amount owed in the Arbitration Award.

3. Defendants are South Carolina residents and citizens, and I am aware that Defendants have assets situated in the State of South Carolina. Specifically, Mr. Church owns a lake house situated in Pickens County, South Carolina. He also owns a personal residence in South Carolina.

Based on reasonable inquiry, I am aware of no assets which Defendants own or hold in the state of Texas.

Executed in Birmingham, Alabama this the 21st day of June, 2022.

_____