# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*September 20, 2022*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
September 20, 2022
Lyle W. Cayce
Clerk

No. 22-20286

DREAM MEDICAL GROUP, L.L.C.; JOSEPH AGRESTI; BIJ MOTORS TX, L.L.C.; BIJ LA, L.L.C.,

*Plaintiffs—Appellees,*

versus

OLD SOUTH TRADING COMPANY, L.L.C.; BRENDAN CHURCH,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-134

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of September 20, 2022, for want of prosecution. The appellants failed to timely file record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Rebecca L. Leto, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 20, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 22-20286    Dream Medical Group v. Old South Trdg
                             USDC No. 4:22-CV-134

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

cc:  Ms. Elizabeth Nicolle Boydston
     Mr. Wilson F. Green
     Mr. Timothy S. McConn
     Mr. Stephen Phillip McKitt